**Danny L. and Brenda DAVIS, Individually and Barrett Brady, Edward Ammon, Paul Morris, Leo Zahner, J.R. Senter, E.W. Johnson, Delores Malm, as Trustees of Builders' Association Self–Insurer's Fund, Respondent,**

v.

**ALLSTATE INSURANCE COMPANY, an Illinois Corp., Steven Wolcott, and Steven D. Myhand, Appellants.**

**No. WD 52277.**

Missouri Court of Appeals,
Western District.

Nov. 19, 1996.

Daniel R. Dykstra, Jeffery Spencer Henry, Kansas City, for Respondents.

Mathew F. Mulhern, Kansas City, Steven Douglas Wolcott, Liberty, for Appellants.

Before ELLIS, P.J., LOWENSTEIN and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM.

The trial court entered summary judgment in favor of the spouse on a loss of services claim against the tortfeasor's insurer. The policy language, which defined "loss of services" to be the same as "bodily injury" was deemed ambiguous, allowing a construction that would allow separate limit claims for both the physically injured plaintiff as well as his spouse.

Judgment affirmed. Rule 84.16(b).